UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELIGAH HAYES,<br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>LAUREL HARRY;<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA; and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>　　　　　Respondents. | No. 2:18-cv-00199 |

# O R D E R

**AND NOW**, this 13th day of August, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1; the Report and Recommendation (R&R) of United States Magistrate Judge Linda K. Caracappa, ECF No. 11; Petitioner's Objections to the R&R, ECF No. 18; and Petitioner's Motions, ECF Nos. 19, 20, **IT IS ORDERED THAT:**

1. Petitioner's Objections to the R&R, ECF No. 18, are **OVERRULED**.
2. The R&R, ECF No. 11, is **APPROVED** and **ADOPTED**.
3. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED and DENIED with prejudice**.
4. Petitioner's Motions, ECF Nos. 19 and 20, are **DENIED** on the merits.
5. This case is **CLOSED**.
6. There is no basis for the issuance of a certificate of appealability because the Court finds that reasonable jurists would not debate the Court's determinations.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge